ORDERED.

**Dated:  November 18, 2025**

Catherine M°Ewen
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

Case No. 8:25-bk-04534-CPM
Chapter 13

In re:

Alexander Rodriguez
        Debtor(s)

_____/

**ORDER RESERVING RULING ON TRUSTEE'S MOTION**
**TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**
**TO TRUSTEE AND GRANTING PERIOD TO CURE DEFAULT**

This matter came on for consideration, for the purpose of the entry of an appropriate Order in the above Styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Make Plan Payments (Doc #35). The Court having reviewed the motion and based upon the facts set forth above, it is

**ORDERED**:

1.      The Debtor(s) shall make the December 1, 2025 & January 1, 2026 payments of $4,635.00 each, both on time. The Debtor(s) shall also cure all delinquencies and bring all payments current under the Plan by paying to the Chapter 13 Trustee the additional sum of $10,870.00 on or before February 1, 2026, which amount includes the February payment.

Notwithstanding the foregoing, nothing contained in this order relieves the Debtor(s) of the obligation to be current with all plan payments at the time of the confirmation hearing as a means of demonstrating that the plan is feasible.

2.      In the event Debtor(s) fail to timely make payments as mentioned above and to cure arrearages as herein provided, the Trustee may, without further notice to the Debtor(s), submit for this Court's consideration an Order dismissing this case.

3.      Assuming the Debtor(s) bring all payments to the Trustee current pursuant to Paragraph 1 above, the Court will reserve ruling on the Trustee's Motion to Dismiss. In the event payments to the Trustee hereafter become delinquent, the Trustee may file a Notice of Default, giving the Debtor(s) fourteen (14) days to cure the delinquency in plan payments.  If the Debtor(s) fail to become current with their plan payments within fourteen (14) days of the Notice of Default, the Trustee may, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

Trustee, Daryl J. Smith, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

DJS/KRM/kja                                          C13T 11/17/25